UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 16-40246-KKS
CHAPTER 7 CASE

IN RE:

JULIUS WILLIAMS, II
WENOKA TENEA SIMMONS-WILLIAMS
Debtor(s).
_____/

## ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION'S AMENDED MOTION FOR RELIEF FROM STAY (DOC#160)

This case is before the Court upon the Amended Motion for Relief from Stay (Doc 160) filed by Creditor U.S. Bank National Association, ("Movant"). No party filed an objection within the prescribed time period; so the Court considers the matter unopposed. It is

It is ORDERED:

1. The Motion for Relief from Stay is GRANTED.

2. The Automatic Stay imposed by 11 U.S.C. §362 is terminated as to Movant's interest in the following property:

    **LOT 84, HAMMOCKS PHASE 1, A SUBDIVISION AS PER MAP OR PLAT THEROF RECORDED IN PLAT BOOK 4, PAGE 44 OF THE PUBLIC RECORDS OF WAKULLA COUNTY, FLORIDA.**

    **A/K/A: 29 HEMLOCK WAY, CRAWFORDVILLE, FLORIDA 32327**

3. The Order granting Relief from the automatic stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an in personam judgment against the debtor.

4. If the Debtor(s) convert this case to another chapter this relief awarded will survive any conversion made by the Debtor(s) and Debtor(s) will not be allowed to include the creditor in the Chapter 13 plan.

5. That the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that Secured Creditor can pursue its in rem remedies without further delay.

DONE AND ORDERED on ___February 21, 2019._____

Karen K. Specie
United States Bankruptcy Judge

PREPARED BY: CHOICE LEGAL GROUP, P.A.
ATTN: RESHAUNDRA M. SUGGS
P.O. BOX 9908
FORT LAUDERDALE, FLORIDA 33310-0908

ReShaundra M. Suggs, Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order